**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01728-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WATER SUPPLY AND STORAGE COMPANY, in personam, and
GRAND RIVER DITCH, in rem,

    Defendants.

## MINUTE ORDER[1]

    The defendants' Motion to Quash and Motion to Dismiss [#18], filed January 26, 2007, is **DENIED** as moot.

    On February 15, 2007, the parties filed a Stipulation Regarding Service of Process on the Grand River Ditch [#24]. In the stipulation, the defendants withdraw their motion to quash service on the Grand River Ditch. The defendants further indicate that they intend to file motion to dismiss under Fed.R.Civ.P. 12. On March 7, 2007, the defendants filed a motion to dismiss, and said motion is accepted for filing as timely. These events render moot the defendants' Motion to Quash and Motion to Dismiss [#18], filed January 26, 2007.

Dated:  March 8, 2007

------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.