IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01728-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

WATER SUPPLY AND STORAGE COMPANY and
GRAND RIVER DITCH,

Defendants.

---

ORDER GRANTING DEFENDANT WATER SUPPLY AND STORAGE COMPANY'S
UNOPPOSED MOTION FOR EXTENSION OF DEADLINES
SET FORTH IN THE SCHEDULING ORDER

---

**THIS MATTER**, having come before the Court on Defendant Water Supply and Storage Company's Motion for Extension of Deadlines Set Forth in the Scheduling Order, and the Court having reviewed its file and being otherwise advised of the premises,

**HEREBY GRANTS** said Motion. The deadlines set forth in the Scheduling Order are hereby extended as follows:

- Plaintiff's and Defendant's Expert Disclosures: September 14, 2007
- Plaintiff's and Defendant's Rebuttal Expert Disclosures: October 30, 2007
- Fact Discovery: December 3, 2007

- Interrogatories, Requests for Production and Requests for Admission: October 15, 2007

- Dispositive Motions: December 31, 2007

DATED this the 12th day of April, 2007.

BY THE COURT:

*(signature)*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO