**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01728-REB-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WATER SUPPLY AND STORAGE COMPANY, in personam, and
GRAND RIVER DITCH, in rem,

      Defendants.

**MINUTE ORDER**[1]

The matter comes before the court on **United States' Unopposed Motion To Consolidate Oppositions To *Daubert* Motions** [#52], filed November 15, 2007. The motion is **GRANTED**. Plaintiff may file a consolidated opposition to the following four motions filed by defendant Water Supply and Storage Company: *Daubert* Motion on Expert Scott Anderson, *Daubert* Motion on Karl Cordova, *Daubert* Motion on David Cooper, and *Daubert* Motion on Sara Rathburn.

Dated: November 15, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.