**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01728-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WATER SUPPLY AND STORAGE COMPANY, in personam, and
GRAND RIVER DITCH, in rem,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the **United States' Motion For Leave To File Sur-Reply in Opposition To Defendant's Motion To Strike Expert Karl Cordova For Lack of Adequate Disclosure** [#60], filed December 31, 2007. The motion is **GRANTED**, and the **United States' Sur-Reply in Opposition To Defendant's Motion To Strike Expert Karl Cordova For Lack of Adequate Disclosure** [#60-2], is accepted for filing.

    Dated: January 2, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.