IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01728-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WATER SUPPLY AND STORAGE COMPANY, in personam, and
GRAND RIVER DITCH, in rem,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation and Order of Dismissal** [#100], filed May 5, 2008. After careful review of the stipulation and the file, the court has concluded 1) that the stipulation should be approved; 2) that pursuant to D.C.COLO.LCivR 54.2, the parties should be assessed jury costs;[1] and 3) that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation and Order of Dismissal** [#100], filed May 5, 2008, is **APPROVED**;

---

[1] D.C.COLO.LCivR 54.2 provides in relevant part: "Whenever any civil action scheduled for jury trial is settled or otherwise resolved after noon on the last court business day before trial, jury costs may be assessed against any of the parties and/or counsel..." Plaintiffs and defendants settled this case after noon on Friday, May 2, 2008. Considering the totality of relevant circumstances, the plaintiffs and defendants should be assessed jury costs in the amount of $3,042 as computed and reported by Joann Garcia, jury commissioner for the United States District Court for the District of Colorado.

2. That the jury trial set to commence May 5, 2008, is **VACATED**;

3. That any pending motion is **DENIED** as moot;

4. That pursuant to D.C.COLO.LCivR 54.2, the plaintiff and defendants are **ASSESSED JURY COSTS** of $3,042, to be paid jointly and severally by June 5, 2008; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 5, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**